IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO, CLC** | **CIVIL ACTION NO.:** 11-645-BAJ-SCR |

            **Plaintiff**

Versus

**EXXONMOBIL OIL CORPORATION**

            **Defendant**

## STIPULATION OF DISMISSAL

COMES NOW Plaintiff, by and through counsel of record, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), and gives notice of its voluntary dismissal of this action.

Respectfully submitted,

**ROBEIN, URANN,
SPENCER, PICARD & CANGEMI, APLC**

s/ Julie Richard-Spencer
Julie Richard-Spencer (LA Bar No. 20340)
2540 Severn Avenue, Suite 400 (70002)
Post Office Box 6768
Metairie, Louisiana 70009-6768
Telephone: (504) 885-9994
Facsimile: (504) 885-9969
Email: jrichard@ruspclaw.com

*Attorney for the Union*

1

## CERTIFICATE OF SERVICE

      I hereby certify that on November 22, 2011, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system and served on

David P. Banowetz, Jr.
ExxonMobile Refining & Supply Company
Law Department
Post Office Box 551
Baton Rouge, LA 70821-0551

by depositing same in the United States Mail, postage prepaid.

                                                 **s/ Julie Richard-Spencer**
                                                 Julie Richard-Spencer (LA Bar No. 20340)

F:\APPS\WP51\CLIENTS\USW Int'l\Contracting_Out_Docks_20646_0095\Pleadings\stipulation_dismissal.docx